## DISCIPLINARY DOCKET

**91–2500.  Disciplinary Counsel v. Oglesby.**
On June 25, 1997, respondent Geoffrey Lynn Oglesby filed a response to relator's response to this court's May 13, 1997 order directing relator to file a response to respondent's Application for Termination of Probation.  There being no provision in the Supreme Court Rules of Practice or Rule V of the Supreme Court Rules for the Government of the Bar of Ohio permitting the filing of respondent's response,

IT IS ORDERED by the court, *sua sponte,* that respondent's response filed on June 25, 1997, be, and is hereby, stricken.

**91–2500.  Disciplinary Counsel v. Oglesby.**
On June 17, 1992, this court suspended respondent, Geoffrey Lynn Oglesby, for one year, with six months to be stayed on conditions.  On December 30, 1992, this court stayed six months of respondent's suspension and placed him on monitored probation for two years.  On July 17, 1995, respondent filed an Application for Termination of Probation, which this court denied on January 31, 1996.

On March 14, 1997, respondent filed an Application for Termination of Probation and on May 13, 1997, this court. *sua sponte* ordered relator to file a response to respondent's application.  On June 2, 1997, relator filed its response to respondent's application.  Upon consideration thereof,

IT IS ORDERED by this court that the Application for Termination of Probation filed March 14, 1997, be, and is, hereby denied.

DOUGLAS, J., dissents.